**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HADA ROGERS, | No. CV 08-648-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, | |
| Defendant. | |

Having received Plaintiff's Notice of Settlement (Doc. 40), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **March 30, 2009** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **April 6, 2009 at 3:30 p.m.** If the stipulation is received by **March 30, 2009,** the status conference will be automatically vacated.

DATED this 27th day of February, 2009.

Stephen M. McNamee
United States District Judge