**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HADA ROGERS,             )<br>                          )<br>     Plaintiff,          )<br>                          )<br> v.                       )<br>                          )<br>AMERICAN FAMILY MUTUAL    )<br>INSURANCE COMPANY, a Wisconsin )<br>corporation,              )<br>                          )<br>     Defendant.           )<br>_____) | No. CV 08-648-PHX-SMM<br><br>**ORDER** |

Having received the parties' Stipulation to Dismiss With Prejudice (Doc. 42), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this case with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the pending Defendant's Motion to Bifurcate (Doc. 23), and Plaintiff's Motion for Summary Judgment (Doc. 26) are hereby **VACATED.**

**IT IS FURTHER ORDERED VACATING** the Final Pre-Trial Conference set for September 2, 2009 at 4:00 p.m.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

DATED this 18th day of March, 2009.

Stephen M. McNamee
United States District Judge